[No. 15852-7-III.     Division Three.     November 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRKE
JEFFREY SIEVERS, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 96-1-00019-6, Wallis W. Friel, J., entered May 31, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Burchard, J. Pro Tem.

[Nos. 14294-9-III; 14657-0-III;   Division Three.   November 25, 1997.]
      15423-8-III.

*In the Matter of the Marriage of* ANITA L. ROCHE,
*Respondent*, and ROBERT C. SUDAR, *Appellant*.

Appeals from a judgment of the Superior Court for Whitman County, No. 93-3-00042-3, Wallis W. Friel, J., J. Frazier, J. Pro Tem., and Paul A. Bastine, J., entered August 10, 1994, January 6 and November 30, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 16487-0-III.     Division Three.     November 25, 1997.]

MOUND HARDWARE, ET AL., *Appellants*, v. THE CITY
OF SPOKANE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03190-5, Kenneth Kato, J., entered June 13, 1996. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz, J., and Thompson, J. Pro Tem.

[No. 20827-0-II.     Division Two.     November 26, 1997.]

ANDREW BAUDINO, ET AL., *Appellants*, v. AEROQUIP,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-14048-9, Thomas R. Sauriol, J., entered May 24, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.